# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CARMELO TREVISO, Individually and on Behalf of All Others Similarly Situated**, <br><br> Plaintiffs, <br><br> vs. <br><br> **NATIONAL FOOTBALL LEAGUE, et al.**, <br><br> Defendants. | CASE NO. 5:17-CV-00472 <br><br> JUDGE CHRISTOPHER A. BOYKO |

## DEFENDANT NATIONAL FOOTBALL MUSEUM, INC. dba PRO FOOTBALL HALL OF FAME'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL, *INSTANTER*

Defendant, National Football Museum, Inc. dba Pro Football Hall of Fame ("Defendant"), hereby provides notice of its filing of this Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiff's Motion for Class Certification and Appointment of Class Counsel, *Instanter*.

For cause, Defendant respectfully seeks leave to file a supplemental memorandum, *instanter*, due to new and pertinent evidence that was recently discovered on or around March 25, 2019. More specifically, Defendant must supplement its memorandum in opposition to present to

02278848-1 / 00263.19-0001

the Court new evidence pertaining to the inadequacy and potential legal and financial burdens of Plaintiff's proposed class counsel, Eagan Avenatti, LLP and Attorney Michael Avenatti. For further support and explanation, a memorandum in support is attached hereto and incorporated herein.

Respectfully submitted,

*/s/ Scott M. Zurakowski*
Scott M. Zurakowski (0069040),
Aletha M. Carver (0059157),
Joseph J. Pasquarella (0087709),
James M. Williams (0087806),
Amanda M. Connelly (0096835), of
KRUGLIAK, WILKINS, GRIFFITHS
 & DOUGHERTY CO., L.P.A.
4775 Munson Street, N.W./P.O. Box 36963
Canton, Ohio  44735-6963
Phone:  (330) 497-0700/Fax:  (330) 497-4020
Email:  szurakowski@kwgd.com,
acarver@kwgd.com, jpasquarella@kwgd.com,
jwilliams@kwgd.com, aconnelly@kwgd.com
ATTORNEYS FOR DEFENDANT NATIONAL FOOTBALL MUSEUM, INC., DBA PRO FOOTBALL HALL OF FAME

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of April 2019, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                  */s/ Scott M. Zurakowski*
                  Scott M. Zurakowski (0069040)
                  KRUGLIAK, WILKINS, GRIFFITHS
                    & DOUGHERTY CO., L.P.A.
                  ATTORNEYS FOR DEFENDANT NATIONAL FOOTBALL MUSEUM, INC., DBA PRO FOOTBALL HALL OF FAME