# Exhibit E

Declaration of Michael J. Avenatti

02278087-1 / 00263.19-0001

WILLIAM C. HEARON, P.A.
William C. Hearon (admitted *pro hac vice*)
1 S.E. Third Avenue
Suite 3000
Miami, Florida 33131
Ph: 305-579-9813
Fax: 305-358-4707
bill@williamhearon.com

AI LAW
Ahmed Ibrahim, State Bar No. 238739
4343 Von Karman Ave, Suite 250
Newport Beach, CA 92660
Ph.:   949-260-1240
Fax:   949-260-1280
aibrahim@ailawfirm.com

Attorneys for Plaintiffs, Individually and On Behalf of All Others Similarly Situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHAMAS SURGERY CENTER, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware Corporation, and HALYARD HEALTH, INC., a Delaware Corporation,<br><br>Defendants. | CASE NO.:  14-CV-08390 DMG (PLA)<br><br>**DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF MOTION TO APPOINT INTERIM CLASS COUNSEL**<br><br>**Hearing Information:**<br><br>**Date: May 3, 2019**<br>**Time: 9:30 a.m.**<br>**Courtroom: 8C** |

**DECLARATION OF MICHAEL AVENATTI**

# DECLARATION OF MICHAEL AVENATTI

I, Michael J. Avenatti, declare:

1. I am an attorney duly admitted to practice before this Court. I am currently lead class counsel for Plaintiff Bahamas Surgery Center, LLC ("Bahamas" or "Plaintiff") on behalf of itself and the class of persons and entities similarly situated. I was appointed individually as lead class counsel by this Court on November 14, 2016 (Dkt 270 at p. 35), a ruling that was later reaffirmed by this Court on March 24, 2017 (Dkt 452). I have personal knowledge as to all matters set forth in this Declaration, and if called to testify, could and would competently testify thereto.

2. Out of an abundance of caution and to ensure that my fiduciary duties are met, I believe it is in the best interests of the class to relinquish my role as lead class counsel at this time. I have confidence in the existing team of attorneys who have been directly and intimately involved in the prosecution and trial of this matter for years, as well as the preparation of the briefs before the Ninth Circuit. In addition, because I have been lead counsel since the inception of the case and thus have intimate knowledge of the facts and legal theories of the litigation, I will continue to be available to William Hearon and Ahmed Ibrahim for consultation and input, as may be requested by them in their lead counsel role.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 1st day of April, 2019.

                                         /s/
                                 Michael J. Avenatti