IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **CARMELO TREVISO, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**NATIONAL FOOTBALL MUSEUM INC., dba PRO FOOTBALL HALL OF FAME**,<br><br>Defendant. | CASE NO. 5:17-cv-00472<br><br>JUDGE CHRISTOPHER A. BOYKO |

## ORDER APPROVING CLASS NOTICE DOCUMENTS

This cause comes before the Court upon review of the agreed filing of class notice documents jointly submitted by Plaintiff and Defendant [Doc. #163]. The Court hereby approves the Notices and Opt-Out Forms attached thereto [Doc. #163-1, #163-2, #163-3, and #163-4]. It is further ordered that Defendant within 10 days of this Order provide identification and contact information on the class in an electronic format.

IT IS SO ORDERED.

*s/ Christopher A. Boyko*
SENIOR JUDGE CHRISTOPHER A. BOYKO
Date: 11/01/21