# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CARMELO TREVISO**, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**NATIONAL FOOTBALL MUSEUM INC.**, dba **PRO FOOTBALL HALL OF FAME**,<br><br>Defendant. | CASE NO. 5:17-cv-00472<br><br>JUDGE CHRISTOPHER A. BOYKO |

## JOINT REQUEST TO ISSUE FINAL ORDER ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARD, AND TO ENTER FINAL JUDGMENT

The parties, Plaintiff, Carmelo Treviso, individually and on behalf of all others similarly situated, and Defendant, National Football Museum, Inc., dba Pro Football Hall of Fame, through counsel, hereby jointly request the Court as follows:

WHEREAS, on February 12, 2024, Magistrate Judge Jennifer Dowdell Armstrong issued a Report and Recommendation to grant Plaintiff's Motion for Final Approval of Class Action Settlement and for Attorneys' Fees, Costs, and Service Award (the "Motion") in its entirety, in which Judge Armstrong recommended that the parties' class settlement and Plaintiff's requests for payment of attorneys' fees, costs, a service award to Plaintiff Treviso, and payment of funds to the cy pres beneficiary, the Stark County Domestic Violence Project, all be approved;

WHEREAS, no class member has objected to or opted out of the Settlement;

WHEREAS, neither Plaintiff nor Defendant have any intention of objecting to the Report

and Recommendation and, therefore, the parties do not perceive a need to wait for the 14-day period under Rule 72(b) of the Federal Rules of Civil Procedure to pass before the Court renders its final decision on the Motion;

WHEREAS, the parties desire that a final judgment be entered as soon as feasible so that there is no further delay in the payment of class members' claims and the *cy pres* award;

WHEREFORE, the parties agree and jointly request that the Court adopt the Report and Recommendation as its final order and enter judgment in the form submitted to the Court with the Motion. (*See* ECF No. 185-6.)

Respectfully submitted on this 15th day of February, 2024.

| | |
|---|---|
| */s/ Scott M. Zurakowski* | */s/ Romney Cullers* |
| Scott M. Zurakowski (0069040) | Romney Cullers (0053668) |
| Joseph J. Pasquarella (0087709) | THE BECKER LAW FIRM |
| James M. Williams (0087806) | 1111 Superior Avenue East, Suite 400 |
| KRUGLIAK, WILKINS, GRIFFITHS | Cleveland, Ohio 44114 |
| & DOUGHERTY CO., L.P.A. | Ph: (440) 323-7070 |
| 4775 Munson Street, N.W./P.O. Box 36963 | Fax: (440) 323-1879 |
| Canton, Ohio 44735-6963 | rcullers@beckerlawlpa.com |
| Phone: (330) 497-0700/Fax: (330) 497-4020 | *Attorney for Plaintiff and the Class* |
| szurakowski@kwgd.com; jpasquarella@kwgd.com | |
| jwilliams@kwgd.com | |
| *Attorneys for Defendant National Football Museum, Inc. dba Pro Football Hall of Fame* | |

*/s/ Ahmed Ibrahim*
Ahmed Ibrahim (*Pro Hac Vice*)
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Ph: (949) 266-1240
Fax: (949) 266-1280
aibrahim@ailawfirm.com
*Attorney for Plaintiff and the Class*

# PROOF OF SERVICE

I hereby certify that on the 15th day of February 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Scott M. Zurakowski*
Scott M. Zurakowski, (0069040), of
KRUGLIAK, WILKINS, GRIFFITHS
& DOUGHERTY CO., L.P.A.
*Attorneys for Defendant National Football Museum, Inc. dba Pro Football Hall of Fame*
